UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
SEP 30 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>XI PAN WU,<br><br>     Defendant. | No. 2:14-cr-00220-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release XI PAN WU;

Case No. 2:14-cr-00220-KJM, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

_X_ (Other): Time Served

Issued at Sacramento, California on  9/30 , at  11:50 a.m.

_____
Kimberly J. Mueller
United States District Judge